No. 87–5683.   EDWARDS *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 87–5687.   CLEVELAND *v.* KUNKLE ET AL.   C. A. 4th Cir. Certiorari denied.

No. 87–5689.   RONZZO *v.* COTTRINGER ET AL.   C. A. 8th Cir. Certiorari denied.

No. 87–5693.   SOLOMON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–5695.   JONES *v.* ROGERS, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 87–5716.   MULAZIM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–5721.   BYNUM *v.* BUREAU OF PRISONS.   C. A. 11th Cir.   Certiorari denied.

No. 87–5723.   VEAL *v.* ABBOTT, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 87–5750.   COLANGELO *v.* DONAHUE, SUPERINTENDENT, ALTONA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 87–5778.   RAWLINGS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5808.   ROBLES *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–5810.   RICHARDSON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 87–5820.   GUZY *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 86–1659.   CONTINENTAL CAN CO. *v.* GAVALIK ET AL. C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.